IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| RODERICK HOWARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: |
| EXPRESS PROFESSIONAL EMPLOYMENT, | ) ) ) ) |
| Defendant. | ) |

## **COMPLAINT**

Now comes your plaintiff by Roderick Howard by and through his attorney Stephen T. Fieweger, and for his complaint at law against the defendant Express Professional, and in support thereof states as follows:

1. That Roderick Howard is a resident of Davenport, Scott County Iowa and he was employed by Express Professional Employment.

2. That the defendant Express Professional Employment is a business in Davenport, Iowa.

3. That this court has subject matter jurisdiction over this cause of action pursuant to 29 USC §1331 and 42 USC §2000(e) et. seq.

4. That plaintiff has filed his charge of discrimination with the EEOC and has received his right to sue letter.

5. That **Exhibit 1**, a true and correct copy of his right to sue letter from the EEOC is attached hereto and made a part of this complaint.

6. That the defendant Express Professional Employment discriminated against plaintiff in that it refused to allow him an African American employee to use the breakroom and

he could not use the company microwave, could not obtain water from the breakroom and was not allowed to store his food in the breakroom.

7. That the defendant did not treat similarly situated non-African American employees in the same manner and allowed them to use the break room microwave, obtain water and store their food there.

8. That defendants actions constitute disparate treatment on the basis of race in violation of 42 USC §2000(e-1) et. seq.

9. That as a direct and proximate result of the acts of discrimination plaintiff has sustained damages equal to emotional distress, embarrassment and humiliation over such disparate treatment.

10. That plaintiff is entitled to recover his attorneys fees pursuant to 42 USC §2000(e-5).

WHEREFORE, plaintiff hereby requests that this court enter judgment in his favor and against the defendant in an amount to be determined by the trier of fact and recovery of his attorney's fees plus the costs of this action.

                                          Roderick Howard, Plaintiff

                                          /s/ Stephen T. Fieweger

Stephen T. Fieweger
Stephen T. Fieweger, P.C.
5157 Utica Ridge Road
Davenport, IA 52807
Phone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Milwaukee Area Office
310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: July 17, 2023

**To:** Mr. Roderick Howard
1523 6th St.
Rock Island, IL 61201

Charge No: 443-2022-00599

EEOC Representative and email:   LILI RODRIGUEZ
Federal Investigator
Lili.Rodriguez@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 443-2022-00599.

On behalf of the Commission,

*Diane Smason/SB*
Diane Smason
Acting District Director

EXHIBIT 1