# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

RODERICK HOWARD

                                      **CIVIL NUMBER: 3:23-cv-00061-SHL-HCA**

        Plaintiff(s),

v.                                     **JUDGMENT IN A CIVIL CASE**

EXPRESS PROFESSIONAL
EMPLOYMENT

        Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Judgment is entered in favor of Defendant an against Plaintiff.

Date: December 12, 2024

                                            CLERK, U.S. DISTRICT COURT

                                            /s/ M. Mast

                                            By: Deputy Clerk